**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Felix Claude MARTIN, Defendant–**
**Appellant.**

No. 02–10419.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.[*]

Decided Dec. 15, 2003.

Patrick Hanly, Esq., USSC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Felix Claude Martin, BSS–Behavioral Systems Southwest, Riverside, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

MEMORANDUM **

Felix Claude Martin appeals pro se the district court's denial of his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2). Because we cannot review the district court's discretionary decision not to modify Martin's sentence pursuant to § 3582(c)(2), we dismiss this appeal for lack of jurisdiction. *See United States v. Lowe,* 136 F.3d 1231, 1233 (9th Cir.1998).

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

